

## In The
## Court of Appeals
## Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00138-CV

_____

DERRON MACKLIN, Appellant

V.

SAIA MOTOR FREIGHT LINES, INC., Appellee

On Appeal from the 276th Judicial District Court
Marion County, Texas
Trial Court No. 09-00015

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Appellant, Derron Macklin, filed a notice of appeal from the trial court's order denying Macklin's motion to set aside judgment. This portion of the suit had been severed from other proceedings involving Macklin. Later, he filed a motion to set aside the judgment, and if the appellate timetable is calculated from the date on which that motion was denied, the notice of appeal would be timely.

However, the trial court's order is not a final, appealable judgment. We have jurisdiction to hear an appeal from a final judgment or from interlocutory orders as expressly authorized by statute. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 51.012, 51.014 (West Supp. 2011). An order denying a motion for reconsideration or motion for new trial is not a judgment, and is not independently appealable. *See* TEX. CIV. PRAC. & REM. CODE ANN. 51.014; *State Office of Risk Mgmt. v. Berdan*, 335 S.W.3d 421, 428 (Tex. App.—Corpus Christi 2011, pet. filed).

In accordance with TEX. R. APP. P. 42.3, we provided notice to Macklin, requesting that he show this Court how we had jurisdiction over this appeal. We have received Macklin's response, and considered it. We do not find it to be persuasive.

We dismiss this appeal for want of jurisdiction.

Jack Carter
Justice

Date Submitted:    March 1, 2012
Date Decided:      March 2, 2012